# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW JOHN OLSON,** | : | |
| **Petitioner** | : | **No. 1:24-cv-01160** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **J. SAGE (Warden),** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, on this 24th day of February 2026, after considering pro se Petitioner Matthew John Olson ("Olson")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), Respondent J. Sage's response in opposition to Olson's Section 2241 petition (Doc. No. 9), Olson's reply brief in further support of his habeas petition (Doc. No. 10), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Olson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania